```
Case 1:20-cv-09708-LJL   Document 19   Filed 03/19/21   Page 1 of 1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
OSMONDO SMITH, :
:
:
                Petitioner, :
: 20-cv-9708 (LJL)
   -v- :
: ORDER
THE PEOPLE OF THE STATE OF NEW YORK, :
:
                Respondent. :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Mr. Smith's letter asking the Court to appoint counsel for him. *See* Dkt. No. 18. The Court will consider whether to appoint counsel for Mr. Smith after it has received the Government's response to the petition for a writ of Habeas Corpus with the relevant materials from the trial record and has an opportunity to assess the case.

      The Clerk of Court is respectfully directed to mail a copy of this Order to petitioner.

SO ORDERED.

Dated: March 19, 2021
       New York, New York

                                                      LEWIS J. LIMAN
                                         United States District Judge