```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
OSMONDO SMITH,                                                 :
                                                               :
                          Petitioner,                          :
                                                               :      20-cv-9708 (LJL)
              -v-                                              :
                                                               :          ORDER
THE PEOPLE OF THE STATE OF NEW YORK,                           :
                                                               :
                          Respondent.                          :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2022

LEWIS J. LIMAN, United States District Judge:

    The Court received a letter from Petitioner Smith asking for a copy of his ineffective assistance of counsel claim for his records.  Dkt. No. 32.

    The Clerk of Court is respectfully directed to mail a copy of Dkt. No. 9 to Petitioner.  The Clerk of Court is also respectfully directed to mail a copy of this Order to Petitioner.

    SO ORDERED.

Dated: January 21, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                    United States District Judge